NO. 07-02-0174-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

JULY 16, 2002

_____

KARLA L. CARTER AND DOUGLAS E. CARTER, INDIVIDUALLY
AND AS NEXT FRIEND FOR BLAKE D. CARTER, APPELLANTS

V.

STANLEY M. DUCHMAN, M.D., APPELLEE

_____

FROM THE 333RD DISTRICT COURT OF HARRIS COUNTY;

NO. 2001-43911; HONORABLE JOSEPH HALBACH, JR., JUDGE

_____

Before QUINN and REAVIS and JOHNSON, JJ.

Appellants Karla L. Carter and Douglas E. Carter, individually as next friend for

Blake D. Carter, and appellee, Stanley M. Duchman, M.D. filed a Joint Motion to Dismiss

Appeal on July 3, 2002, averring that they no longer wished to prosecute this appeal.

Without passing on the merits of the case, the parties' joint motion for dismissal is

granted and the appeal is hereby dismissed. Tex. R. App. P. 42.2. All costs having been

paid, no order pertaining to the costs is made.  Having dismissed the appeal at the parties'

request, no motion for rehearing will be entertained and our mandate will issue forthwith.


Phil Johnson
Justice


Do not publish.